UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATSIARYNA SHASHKEVICH,<br>A 97 984 715,<br><br>                  Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, in his official capacity as<br>   Secretary of the Department of Homeland Security,<br><br>EMILIO T. GONZALEZ, in his official capacity as<br>   the Director of the United States Citizenship and<br>   Immigration Services,<br><br>ANDREA J. QUARANTILLO, in her official capacity as<br>   District Director of the New York City District of<br>   the United States Citizenship and Immigration Services,<br><br>ALBERTO GONZALES, in his official capacity as<br>   Attorney General of the United States, and<br><br>ROBERT S. MUELLER, in his official capacity as<br>   the Director of the Federal Bureau of Investigation,<br><br>                  Defendants. | Docket No. **08cv0061** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
COUNTY NEW YORK   ) ss.:

Svetlana Tiga being duly sworn, deposes and says:

1. I am over 18 years of age and not a party to the action.

2. On the 7th day of January, 2008, at approximately 7:00 P.M., I served a copy of the Summons in a Civil Action with a copy of the Complaint for Writ of Mandamus upon each party listed below addressed as follows:

| | |
|---|---|
| By Certified Mail<br>MICHAEL CHERTOFF, Secretary of the<br>Department of Homeland Security<br>Office of General Counsel<br>20 Massachusetts Ave., NW, Suite 4025, 4th Floor<br>Washington, DC 20528 | By Certified Mail<br>ANDREA J. QUARANTILLO, District Director<br>USCIS, New York City District<br>26 Federal Plaza<br>New York, NY 10278 |
| By Certified Mail<br>EMILIO T. GONZALEZ, Director of USCIS<br>U.S. Citizenship and Immigration Services<br>Department of Homeland Security<br>20 Massachusetts Ave., NW, Suite 4025, 4th Floor<br>Washington, DC 20528 | By Certified Mail<br>ROBERT S. MUELLER, Director of<br>Federal Bureau of Investigation<br>J. Edgar Hoover Building<br>935 Pennsylvania Ave, NW<br>Washington, DC 20535-0001 |
| By Certified Mail<br>ALBERTO GONZALES, U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | By Certified Mail<br>Michael J. Garcia, US Attorney<br>US Attorney's Office<br>Southern District of New York<br>One St. Andrews Plaza<br>New York, NY 10007<br><br>Attn.: Civil Process Clerk |

by sending a copy of the Summons and a copy of said Complaint for Writ of Mandamus by Certified Mail from the Post Office regularly maintained by the United States Government at 90 Church Street, New York, NY 10007.

Dated: New York, New York
January 10, 2008

By: _____
Svetlana Tiga

Sworn to before me this 10th day of January 10, 2008

_____
NOTARY PUBLIC

BORIS PALANT
Notary Public, State of New York
No. 02PA4802841
Qualified in New York County
Commission Expires Jan. 31, 20 _10_