U.S. Department of Justice

United States Attorney
Southern District of New York



86 Chambers Street
New York, New York 10007

March 11, 2008

BY FACSIMILE
Hon. Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2270
New York, NY 10007

Re: Shashkevich v. Chertoff, et al.,
08 Civ. 0061 (NRB)

Dear Judge Buchwald:

    The Government respectfully requests a thirty-day extension of time, from March 10, 2008, to April 9, 2008, to answer or otherwise respond to the complaint in the above-captioned matter. This case concerns the alleged unreasonable delay in adjudicating plaintiff's application for adjustment of status. This Office has been informed by Citizenship and Immigration Services that it is likely that the application can be adjudicated within the next thirty days. Adjudication of the application would render this case moot.

    This is the Government's first request for an extension. Boris Palant, attorney for the plaintiff, consents to the requested extension.

    I thank the Court for its consideration of this request.

*Application granted.* [handwritten annotation, signed 3/12/08]

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: _____
DAVID BOBER
Assistant United States Attorney
(212) 637-2718

cc: Boris Palant, Esq. (via facsimile)

TOTAL P.02