MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. No.: (212) 637-2718
david.bober@usdoj.gov

USDC SDNY
[stamp: ELECTRONICALLY FILED]
DOC #:
DATE FILED: 3/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
KATSIARYNA SHASHKEVICH,

          Plaintiff,

   - v. -

MICHAEL CHERTOFF, et al.,

          Defendants.
----------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

08 Civ. 0061 (NRB)

    IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated: New York, New York
      March 17, 2008

By: _____
BORIS PALANT, ESQ.
Attorney for Plaintiff
225 Broadway, Suite 3104
New York, NY 10007
Tel. No.: (212) 349-9795

Dated: New York, New York
      March 17, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____
DAVID BOBER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. No.: (212) 637-2718

SO ORDERED:
_____
HON. NAOMI REICE BUCHWALD
United States District Judge